UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

JAMES H. JACKSON
SHERRY A. JACKSON,   CHAPTER 13
 19017 Dawnshire   Case No. 10-60192
Brownstown, MI 48193   JUDGE THOMAS J. TUCKER

SSN: XXX-XX-1309
SSN: XXX-XX-4217

Debtor(s).
_____/


# NOTICE OF PROPOSED
# POST-CONFIRMATION PLAN MODIFICATION

The Debtor(s) have filed papers with the Court to modify their confirmed Chapter 13 Plan.

The Debtor(s) propose to modify the confirmed Plan pursuant to L.B.R. 3015-2(b) as follows:

- The Debtors want $39, 493.90 of delinquencies from their Chapter 13 Plan to be excused. The reason is the wife suffered various health issues that led to her not working and/or working reduced hours. On account of the time off work, the Debtors fell behind on their payments.

   That this proposed modification has the following impact on the classes of creditors being paid by the Trustee as follows:

   a. class one administrative claims - Will not be effected as they have been paid, and any additional claims will be paid with the Trustee's balance on hand.
   b. class two continuing claims - Will not be effected as the Trustee has made the payments to America Servicing Company, and the Debtors have made the payments direct to Downriver Community Federal Credit Union.
   c. class three executory contracts/unexpired lease - Will not be effected as the Debtors paid the claim with Daimler Financial direct, and the obligations have been satisfied.
   d. class four arrearage on continuing claims - Will not be effected as the Trustee has satisfied this claim.
   e. class five claims will not be effected as the trustee has already satisfied these claims.

f. class six priority unsecured claims - Will not be effected as the Debtor has satisfied this claim direct.

g. class seven special unsecured claims - Will not be effected as there are none.

h. class eight general unsecured claims – The amount paid to general unsecured creditors will stay at less than 3 percent.

In all other respects, the Order Confirming Plan referred to above shall remain in full force and effect.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to allow the Proposed Post-Confirmation Plan Modification, or if you want the Court to consider your views on the Corrected Proposed Post-Confirmation Plan Modification, within twenty (21) days from the date of service of the motion, you or your attorney must:

1. File with the Court a written response or an answer, explaining your position at:[1]

**United States Bankruptcy Court**
211 West Fort Street, Suite 2100
Detroit, Michigan 48226

If you mail your response to the Court for filing, you must also mail it early enough so the Court will receive it within the above-stated time period.

---

[1]Response or answer must comply with F.R. Civ.P.8(b)(c) and (e)
Mail a copy to:

Office of the Chapter 13 Standing Trustee

Tammy L. Terry
535 Griswold
Suite 2100
Detroit MI 48226

And

Thomas Paluchniak
Babut Law Offices, P.L.L.C.
700 Towner St.
Ypsilanti MI 48198

2. If a response or answer is timely and served, the clerk will schedule a hearing on the motion and you will be served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the notice and may allow the modification.**

**Dated: November 5, 2015**          **/s/ Thomas Paluchniak**
                                     **Thomas Paluchniak (P70284)**
                                     **Babut Law Offices, P.L.L.C.**
                                     **700 Towner Street**
                                     **Ypsilanti, MI  48198**
                                     **734-485-7000**
                                     **tpaluchniak@babutlaw.com**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

JAMES H. JACKSON
SHERRY A. JACKSON,　　　　　　　　　　　　CHAPTER 13
 19017 Dawnshire　　　　　　　　　　　　　　Case No. 10-60192
Brownstown, MI 48193　　　　　　　　　　　　JUDGE THOMAS J. TUCKER

SSN: XXX-XX-1309
SSN: XXX-XX-4217

Debtor(s).
_____/

## PROOF OF SERVICE

On November 9, 2015, the undersigned served a copy of the following

documents:

- Notice of Proposed Post-Confirmation Plan Modification, and
- Exhibits
- Proof of Service

upon:

    Tammy L. Terry
    Chapter 13 Trustee
    535 Griswold
    Suite 2100
    Detroit MI 48226

And all parties on the Court matrix electronically and/or by First Class Mail.


Dated: November 9, 2015　　　　　　　　　　　/s/ Kim Justice
　　　　　　　　　　　　　　　　　　　　　　　Kim Justice
　　　　　　　　　　　　　　　　　　　　　　　Legal Secretary
　　　　　　　　　　　　　　　　　　　　　　　Babut Law Offices, P.L.L.C.
　　　　　　　　　　　　　　　　　　　　　　　700 Towner Street
　　　　　　　　　　　　　　　　　　　　　　　Ypsilanti, MI  48198
　　　　　　　　　　　　　　　　　　　　　　　734-485-7000
　　　　　　　　　　　　　　　　　　　　　　　kim@babutlaw.com